MM:jmb/854/GRAYAUSKIE/1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND BRENDA SIMMS-HAWKINS, REVENUE OFFICER, INTERNAL REVENUE, SERVICE, | : : : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO. 02-CV-3256 : |
| DANIEL I. GRAYAUSKIE, | : : |
| Defendant. | : |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the United States hereby voluntarily dismisses its action against Defendant in the above-captioned matter.

                          PATRICK L. MEEHAN
                          United States Attorney


                          _____
                          JAMES G. SHEEHAN
                          Assistant United States Attorney
                          Chief, Civil Division


                          _____
                          MARILYN S. MAY
                          Assistant United States Attorney


Dated: <u>July 12, 2002</u>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal has been served by first class mail, postage prepaid, upon the following:

>Daniel Grayauskie
>656 Linda Lane
>Norristown, PA 19401-3523

_____
MARILYN S. MAY
Assistant United States Attorney

Dated: July 12, 2002